**FILED**

07/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 11-0244

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 11-0244

**FILED**

JUL 09 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE RULES FOR ADMISSION
TO THE BAR OF MONTANA

O R D E R

Some 2020 graduates of the Alexander Blewett III School of Law at the University of Montana have petitioned this Court to adopt emergency temporary rules allowing diploma privilege for admission to the State Bar of Montana in light of the COVID-19 pandemic. Most petitioners are scheduled to sit for the Montana Uniform Bar Exam on July 28-29, 2020.

After review of the petition, the Court deems it appropriate to order an expedited response.

IT IS ORDERED that the State Bar of Montana and/or the Montana Board of Bar Examiners are given until Monday, July 13, 2020, within which to file a response to the petition. No reply brief shall be filed.

The Clerk is directed to provide copies of this Order to counsel for Petitioners, the State Bar of Montana, and all members of the Montana Board of Bar Examiners.

DATED this 9th day of July, 2020.

For the Court,

Chief Justice